336 A.2d 865
**COMMONWEALTH of Pennsylvania**
**v.**
**Monserrate ZAPATA, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 27, 1974.

Decided May 13, 1975.

Samuel Kagle, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Mark Sendrow, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.
Appeal quashed.